**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 21, 2021.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-21-00481-CV

_____

## RICHARD BEDNAR; DIAMOND ENERGY SERVICES, LP; DESMD X LLC; AND WSB INVESTMENTS, LLC, Appellants

### V.

## HMS TEXAS HOLDINGS, LLC; BRETT JENSEN; AND COLLEEN JENSEN, Appellees

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-51453**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 25, 2021. On October 5, 2021, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.